# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 90

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| BRYAN E. DYER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Release Defendant from Custody for Treatment Purposes (#26) filed by counsel for Defendant. This matter came on for hearing before the undersigned and upon hearing the proffer by Defendant' counsel, the Government, by and through AUSA Richard Edwards,stated that the Government did not object to the motion. It appears from the proffer of Mr. Abrams that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Release Defendant from Custody for Treatment Purposes (#26) is **ALLOWED** and Defendant is released from detention to attend treatment as provided under the terms and conditions of pretrial release entered by the undersigned in this matter.

Signed: December 8, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge